No. 2,591.—CHARLES B. BENNETT, PLAINTIFF AND RESPOND-
ENT, *v.* THE CITY OF BUTTE, DEFENDANT AND AP-
PELLANT.

*Appeal from District Court, Silver Bow County; J. J. Lynch,
Judge.*

On motion to dismiss appeal.

Decided November 6, 1908.

PER CURIAM.—The respondent's motion to dismiss the appeal
herein is, after due consideration, sustained, and the appeal or-
dered dismissed.

*Mr. E. S. Booth,* and *Mr. W. E. Carroll,* for Appellant.

*Mr. L. P. Forestell,* and *Mr. I. A. Cohen,* for Respondent.

No. 2,635.—E. S. KELLOGG, PLAINTIFF AND RESPONDENT, *v.*
E. E. KOTTKE, DEFENDANT AND APPELLANT.

On motion to dismiss appeal.

Decided November 10, 1908.

PER CURIAM.—Respondent's motion to dismiss the appeal here-
in for laches is hereby sustained and the appeal ordered dis-
missed.

*Mr. E. A. Carleton,* for Respondent.